Exhibit 5:

Unclaimed Property Professionals Organization Article: *Litigation Update: Supreme Court battle over MoneyGram "official checks" begins taking shape*
(June 12, 2017)

Your Cart | Sign In Enter search criteria...

LEADING • SUPPORTING • INFORMING

MENU

# Unclaimed Property Focus

Blog Home All Blogs RSS

Search all posts for: Find

View all (461) posts »

## Litigation Update: Supreme Court battle over MoneyGram "official checks" begins taking shape

*Posted By* ***Contribution from Sam Schaunaman, J.D. and GRAC member****, Monday, June 12, 2017*

**Delaware v. Pennsylvania and Wisconsin and Arkansas, et al. v. Delaware (U.S. Supreme Court)**

MoneyGram has been involved in a number of lawsuits involving Delaware, Wisconsin and Pennsylvania. The states are each claiming right to MoneyGram's official checks. Delaware claims MoneyGram should escheat the property to Delaware because it is MoneyGram's place of corporate domicile. Wisconsin and Pennsylvania argue that the official checks should be remitted to the jurisdiction in which the purchase took place.

A key issue is whether the unclaimed funds attributable to the official checks should be escheated in accordance with the federal priority rules set forth in *Texas v. New Jersey*, or whether they should be escheated in accordance with the rules set forth in the Disposition of Abandoned Money Orders and Traveler's Checks Act, 12 U.S.C. sec. 2501 et seq.

More than two dozen other states have joined Pennsylvania and Wisconsin in the lawsuits against Delaware. In October 2016, the U.S. Supreme Court ("Supreme Court") agreed to hear the cases, and consolidated the two cases into one.

(Learn more about the cases involving MoneyGram that led to *Delaware v. Pennsylvania and Wisconsin*: Part 1 and Part 2.)

Sign In

Login with Facebook

Login with LinkedIn

OR

Username

Password

Remember Me

Sign In

Forgot your password?

Haven't registered yet?

## Latest News more

4/23/2022
UPPO Outlines Issues with California Proposed Regulations

3/28/2022
UPPO Announces Annual Scholarship Recipients

1/13/2022
Wisconsin Plans to Correct Error in A.B. 325

1/3/2022
UPPO Alerts Wisconsin to Problematic Error in A.B. 325

1/3/2022
Appeals Court Rules in Favor of Claimant Supported by UPPO Amicus Brief

**Special master appointment**

In disputes involving two or more states, the Supreme Court has original jurisdiction under the U.S. Constitution and the U.S. Code. In order to efficiently consider and manage such original jurisdiction cases, the Supreme Court may appoint a "special master" to act as a de facto trial court, responsible for gathering facts, taking testimony and making recommendations to the Supreme Court.

On March 29, 2017, the Supreme Court appointed Circuit Judge Pierre Leval of the Court of Appeals for the Second Circuit as the special master for this case.

**Case Management Order No. 1**

On May 12, 2017, Special Master Leval issued Order No. 1 in the case. It indicated that a status conference would be held in New York City on June 5, 2017, whereby the special master would meet with counsel for the parties and MoneyGram Payment Systems Inc. to discuss formulation of a Case Management Plan. Our understanding is that arguments on certain motions of the parties would be heard at such conference, as well as discussions pertinent to a letter from legal counsel for one of the parties requesting bifurcation of the proceedings. Such request asked that the case be bifurcated into two stages: (i) a first part to determine liability, and (ii) a second phase to determine damages, if needed.

UPPO will continue to monitor and report on this case as it develops.

**About the contributor**

Sam Schaunaman, senior manager at Ryan AUP and member of the UPPO Government Relations and Advocacy Committee, contributes to UPPO's monthly litigation update blog posts. Schaunaman has over 26 years of unclaimed property experience in all aspects of unclaimed property, is a frequent author of unclaimed property articles and whitepapers, and is a co-author of the Bloomberg BNA Unclaimed Property Portfolio, Corporate Practice Series. Schaunaman is a member of the Oklahoma Bar Association.

*Disclaimer: This case summary contains a general description of the case, and neither UPPO nor Ryan, or any of their affiliated or related entities, by means of this summary, is rendering business, financial, legal, tax, reporting or compliance or other professional advice or services. This summary blog is not a substitute for such professional advice.*

***Tags:*** *Delaware litigation money orders MoneyGram official checks Pennsylvania unclaimed property*

Permalink | Comments (0) Share |

## Upcoming Events & Education

more

5/27/2022
UPPO office closes at noon on Fridays through September

6/9/2022
Life Insurance Industry Focus Call

6/23/2022
Due Diligence Basics Webinar

7/13/2022
Asset Recovery Webinar

Privacy Policy Contact Us Website Help Social Media Policy © 2022

Membership Software Powered by YourMembership :: Legal